BERTRAM J. ROUNDS et al., Respondents, *v.* THE PROSPECT PARK AND FLATBUSH RAILROAD COMPANY, Appellant.

(Submitted October 11, 1880; decided October 15, 1880.)

*Philip S. Crooke* for appellant.

*D. T. Walden* for respondents.

Agree to affirm without opinion.
All concur.
Judgment affirmed.